UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-CR-55 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| JERMANY S. CLAUS ) | |

**O R D E R**

On January 29, 2013, Defendant moved for a psychiatric examination. United States Magistrate Judge William B. Mitchell Carter granted Defendant's motion and ordered a mental health evaluation (Court File No. 16). The findings of the sealed forensic report show Defendant is currently competent to stand trial (Court File No. 23).

Based upon this information, Magistrate Judge Carter has submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial (Court File No. 25). Neither party filed an objection. Therefore, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's R&R (Court File No. 25), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

*/s/*
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**